# Exhibit 1

# UNITED STATES PATENT OFFICE

Registered Sept. 21, 1954

595,513

## PRINCIPAL REGISTER
### Trade-Mark

Ser. No. 655,230, filed Oct. 23, 1953

# WAYFARER

Bausch & Lomb Optical Company (New York corporation)
635 St. Paul St.
Rochester, N. Y.

For: SUN GLASSES, in CLASS 26.
First used Mar. 11, 1953, and in commerce Mar. 11, 1953.

COMB. AFF. SEC. 8 & 15

NOV 6 1959

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

10 Year Renewal

Reg. No. 595,513
Registered Sep. 21, 1954
Renewal Term Begins Sep. 21, 1994

## TRADEMARK
## PRINCIPAL REGISTER

### WAYFARER

BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
ONE CHASE SQUARE
P.O. BOX 54
ROCHESTER, NY 14604, BY CHANGE OF NAME FROM BAUSCH & LOMB OPTICAL COMPANY (NEW YORK CORPORATION) ROCHESTER, NY

FOR: SUN GLASSES, IN CLASS 26 (INT. CL. 9).

FIRST USE 3-11-1953; IN COMMERCE 3-11-1953.

SER. NO. 71-655,230, FILED 10-23-1953.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Nov. 29, 1994.*

COMMISSIONER OF PATENTS AND TRADEMARKS

Int. Cl.: 9
Prior U.S. Cl.: 26

Reg. No. 650,499

**United States Patent and Trademark Office**  Registered Aug. 20, 1957

10 Year Renewal  Renewal Term Begins Aug. 20, 1997

## TRADEMARK
## PRINCIPAL REGISTER



BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
ONE BAUSCH & LOMB PLACE
ROCHESTER, NY 14604, BY CHANGE OF NAME FROM BAUSCH & LOMB OPTICAL COMPANY (NEW YORK CORPORATION) ROCHESTER, NY

OWNER OF U.S. REG. NOS. 361,875 AND 418,054.
FOR: SUN GLASSES, SHOOTING GLASSES, AND OPHTHALMIC LENSES, IN CLASS 26 (INT. CL. 9).
FIRST USE 4-0-1938; IN COMMERCE 4-0-1938.

SER. NO. 72-018,292, FILED 10-29-1956.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Sep. 9, 1997.*

# United States Patent Office

650,499
Registered Aug. 20, 1957

## PRINCIPAL REGISTER
## Trademark

Ser. No. 18,292, filed Oct. 29, 1956

*Ray·Ban*

Bausch & Lomb Optical Company (New York corporation)
635 St. Paul St.
Rochester 2, N. Y.

For: SUN GLASSES, SHOOTING GLASSES, AND OPHTHALMIC LENSES, in CLASS 26.
First use April 1938; in commerce April 1938.
Owner of Reg. Nos. 361,875 and 418,054.

Int. Cl.: 9

Prior U.S. Cl.: 26

## United States Patent Office

Reg. No. 1,080,886
Registered Jan. 3, 1978

## TRADEMARK
Principal Register

## RAY-BAN

Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y. 14602

For: OPHTHALMIC PRODUCTS AND ACCESSORIES — NAMELY, SUNGLASSES; SHOOTING GLASSES; EYEGLASSES; SPECTACLES; GOGGLES; LENSES AND FRAMES FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES—in CLASS 9 (U.S. CL. 26).

First use on or about Apr. 6, 1937; in commerce on or about Apr. 6, 1937.

Owner of Reg. Nos. 361,875, 418,054 and 650,499.

Ser. No. 125,945, filed May 9, 1977.

G. DOUGLAS HOHEIN, Examiner

Int. Cl.: 9

Prior U.S. Cl.: 26

Reg. No. 1,093,658

**United States Patent and Trademark Office**   Registered June 20, 1978

## TRADEMARK
Principal Register



Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y. 14602

For: OPHTHALMIC PRODUCTS AND ACCESSORIES—NAMELY, SUNGLASSES; SHOOTING GLASSES; EYEGLASSES; SPECTACLES; GOGGLES; LENSES AND FRAMES FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES; AND CASES AND OTHER PROTECTIVE COVERS FOR SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES—in CLASS 9 (U.S. CL. 26).

First use on or about Apr. 6, 1937; in commerce on or about Apr. 6, 1937.

Owner of Reg. Nos. 361,875, 418,054, and 650,499.

Ser. No. 125,695, filed May 9, 1977.

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**

Reg. No. 1,320,460
Registered Feb. 19, 1985

## TRADEMARK
Principal Register



Bausch & Lomb Incorporated (New York corporation)
1400 N. Goodman St.
Rochester, N.Y. 14692

For: SUNGLASSES AND CARRYING CASES THEREFOR, in CLASS 9 (U.S. Cl. 26).
First use Jun. 1971; in commerce Jun. 1971.
Owner of U.S. Reg. Nos. 361,875, 418,054, 650,499, 1,080,886 and 1,093,658.

Ser. No. 468,836, filed Mar. 5, 1984.

JAMES H. JOHNSON, Examining Attorney

Int. Cl.: 9

Prior U.S. Cl.: 26

**United States Patent and Trademark Office**    Reg. No. 1,537,974
Registered May 9, 1989

## TRADEMARK
PRINCIPAL REGISTER

## CLUBMASTER

BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
1400 N. GOODMAN STREET
ROCHESTER, NY 14609

FOR: SUNGLASSES AND OPHTHALMIC FRAMES, IN CLASS 9 (U.S. CL. 26).

FIRST USE 3-6-1987; IN COMMERCE 3-6-1987.

SER. NO. 701,235, FILED 12-14-1987.

MARY FRANCES BRUCE, EXAMINING ATTORNEY

Int. Cls.: 5, 6, 8, 9, 11, 16, 18, 21, 25 and 28

Prior U.S. Cls.: 2, 3, 13, 18, 21, 22, 23, 25, 26, 29, 37 and 39

Reg. No. 1,726,955

**United States Patent and Trademark Office**  Registered Oct. 27, 1992

## TRADEMARK
## PRINCIPAL REGISTER



BAUSCH & LOMB INCORPORATED (NEW YORK CORPORATION)
ONE LINCOLN FIRST SQUARE
ROCHESTER, NY 14604

FOR: MEDICATED LIP BALM, IN CLASS 5 (U.S. CL. 18).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: METAL KEY CHAINS, IN CLASS 6 (U.S. CLS. 13 AND 25).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: HAND HELD TOOLS; NAMELY, SCREWDRIVERS, IN CLASS 8 (U.S. CL. 23).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: OPHTHALMIC PRODUCTS AND ACCESSORIES; NAMELY, CORDS FOR USE ON SUNGLASSES, SHOOTING GLASSES, EYEGLASSES, SPECTACLES AND GOGGLES, IN CLASS 9 (U.S. CL. 26).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: FLASHLIGHTS, IN CLASS 11 (U.S. CL. 21).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: COIN HOLDERS, IN CLASS 16 (U.S. CL. 37).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: UMBRELLAS AND BAGS; NAMELY, TOTE, DUFFLE AND ALL PURPOSE SPORTS BAGS, IN CLASS 18 (U.S. CL. 3).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: ALL PURPOSE PORTABLE HOUSEHOLD CONTAINERS AND FOR CLOTHS FOR CLEANING OPTHALMIC PRODUCTS, IN CLASS 21 (U.S. CLS. 2 AND 29).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: CLOTHING AND HEADGEAR; NAMELY, HATS AND SWEATBANDS, IN CLASS 25 (U.S. CL. 39).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.
FOR: SPORTS BALLS, IN CLASS 28 (U.S. CL. 22).
FIRST USE 1-0-1991; IN COMMERCE 1-0-1991.

OWNER OF U.S. REG. NOS. 361,875, 1,517,253 AND OTHERS.

SER. NO. 74-173,643, FILED 6-6-1991.

LAURA SMITH, EXAMINING ATTORNEY

Int. Cls.: 3, 14, 16, 18 and 25

Prior U.S. Cls.: 1, 2, 3, 4, 5, 6, 22, 23, 27, 28, 29, 37, 38, 39, 41, 50, 51 and 52

Reg. No. 2,718,485

**United States Patent and Trademark Office**    Registered May 27, 2003

## TRADEMARK
### PRINCIPAL REGISTER

### RAY-BAN

LUXOTTICA LEASING S.P.A. (ITALY CORPORATION)
VIA VALCOZZENA, 10
32021 AGORDO (BL), ITALY

FOR: COSMETICS, NAMELY, LIPSTICK; EYELINER; FACE, EYE AND LIP MAKE-UP PENCILS; NAIL VARNISHES; SKIN CLEANSING OILS AND CREAMS; MAKE-UP REMOVERS; BODY TONIC LOTIONS; BEAUTY MASKS; BODY, SKIN AND FACE CREAMS, LOTIONS AND OILS; BLUSHERS; DEPILATORY CREAMS; BATH AND AFTER-BATH LOTIONS, IN CLASS 3 (U.S. CLS. 1, 4, 6, 50, 51 AND 52).

FOR: JEWELRY; COSTUME JEWELRY; WATCHES, CLOCKS, ALARM CLOCKS, CHRONOGRAPHS FOR USE AS WATCHES, CHRONOMETERS, WATCH CHAINS, MOVEMENTS FOR CLOCKS AND WATCHES, AND STRAPS FOR WATCHES, IN CLASS 14 (U.S. CLS. 2, 27, 28 AND 50).

FOR: DIARIES; DIARY BOOK STANDS; PENS AND PENCILS; PHOTOGRAPH STANDS AND MOUNTS; PRINTED MATTER, NAMELY, MONTHLY OR PERIODICALLY PUBLISHED MAGAZINES, BOOKS, PAMPHLETS AND NEWSLETTERS, ALL IN THE FIELD OF FASHION AND TRAVEL, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: GOODS MADE OF LEATHER AND IMITATION LEATHER, NAMELY, HANDBAGS, RUCKSACKS, BACKPACKS, SACKS FOR TRANSPORTATION OF MATERIALS IN BULK, LUGGAGE TRUNKS, SUITCASES, WALLETS AND CARD CASES FOR BUSINESS CARDS, CALLING CARDS, NAME CARDS AND CREDIT CARDS, IN CLASS 18 (U.S. CLS. 1, 2, 3, 22 AND 41).

FOR: CLOTHING FOR MEN, WOMEN AND CHILDREN, NAMELY, DRESSES, SUITS, SKIRTS, TROUSERS, SHIRTS, T-SHIRTS, POLO SHIRTS, JACKETS, COATS, OVERCOATS, TOPCOATS, RAINCOATS, FOULARDS, SCARVES, GLOVES, SOCKS, BELTS, PULLOVERS, SWEATERS, TRACK SUITS, PARKAS, BATHING SUITS, BEACH CLOTHES; SHOES, BOOTS, SANDALS, SABOTS, SLIPPERS; HEADGEAR, NAMELY, BERETS, CAPS, HATS; PEAKS AND VISORS, IN CLASS 25 (U.S. CLS. 22 AND 39).

PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. IT-B02000C00, FILED 11-7-2000, REG. NO. 00837980, DATED 11-7-2000, EXPIRES 11-7-2010.

OWNER OF U.S. REG. NOS. 361,875, 6,500,499 AND OTHERS.

SER. NO. 76-167,065, FILED 11-17-2000.

AMY GEARIN, EXAMINING ATTORNEY

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36, and 38

Reg. No. 3,522,603

**United States Patent and Trademark Office**  Registered Oct. 21, 2008

## TRADEMARK
### PRINCIPAL REGISTER



LUXOTTICA S.R.L. (ITALY LIMITED LIABILITY COMPANY)
VIA VALCOZZENA, 10
32021 AGORDO (BL), ITALY

   FOR: SUNGLASSES, EYEGLASSES, LENSES FOR EYEGLASSES, EYEGLASSES FRAMES, CASES FOR EYEGLASSES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

   FIRST USE 6-27-1999; IN COMMERCE 6-27-1999.

   PRIORITY CLAIMED UNDER SEC. 44(D) ON ITALY APPLICATION NO. BO2006C00012, FILED 1-31-2006.

   OWNER OF U.S. REG. NOS. 361,875, 1,093,658, AND OTHERS.

   THE COLOR(S) RED AND WHITE IS/ARE CLAIMED AS A FEATURE OF THE MARK.

   THE MARK CONSISTS OF THE WORDS "RAY-BAN" IN STYLIZED WHITE LETTERING ON A RED BACKGROUND RECTANGLE.

   SN 78-843,120, FILED 3-22-2006.

   NORA BUCHANAN WILL, EXAMINING ATTORNEY