**Luxottica Group S.p.A. and Oakley, Inc. v. The Partnerships and Unincorporated Associations Identified on Schedule "A" - Case No. 18-cv-2188**

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Xiong Hua Ping | 2 | xinqian Rhys |
| 3 | xingen yang | 4 | Xie Ji Ping |
| 5 | xiaolong wang | 6 | xiao meichen |
| 7 | Xiao Jin Jia | 8 | xiao jie chen |
| 9 | Xia Wang | 10 | wu junlong |
| 11 | worldbrothersshoppers.com | 12 | Zu Dui |
| 13 | Zou Peng | 14 | Zhuhai Yingxun Keji Limited |
| 15 | zhou hua | 16 | Zhou Hao |
| 17 | zhengyong fan | 18 | zhengyong fan (2) |
| 19 | Zhen Feng Jiang | 20 | Zhao Zhen |
| 21 | zhao dequn | 22 | zhao dequn (2) |
| 23 | zhao de qun | 24 | Yvette Burke |
| 25 | yuan yuan | 26 | yu qian |
| 27 | Yin YuYing | 28 | yes best |
| 29 | yaolong he | 30 | yao jianming |
| 31 | Yang Shuai Shuai Yang Shuai Shuai | 32 | yang jianze |
| 33 | Ya Ban Chen | 34 | xuemei liu |
| 35 | xuemei liu (2) | 36 | Xu Wennqiang |
| 37 | willie butler | 38 | William Vincent |
| 39 | William Ramirez | 40 | William Howells |
| 41 | William Colter | 42 | Wiesle Nosek |
| 43 | whatever encounter | 44 | welsh colin |
| 45 | weiming chen | 46 | wei kang |
| 47 | wearethekocanuts.com | 48 | wang yuzhu |
| 49 | wang xia | 50 | wang xia (2) |
| 51 | wang xia (3) | 52 | wang shang |
| 53 | Wang Qiang | 54 | Walton Park |
| 55 | Wallace Keynes | 56 | Wall Fiona |
| 57 | walker lustful | 58 | vwtouaregauburn.com |
| 59 | vithaiservices.com | 60 | Virginia Tirado |
| 61 | Vipan Bal | 62 | Violet Fast |
| 63 | Viola Mata | 64 | Vijayakumar Poopalasingham |
| 65 | videovalores.org | 66 | Victoria McLean |
| 67 | victoria brooks victoria brooks | 68 | Vicki Ilett |
| 69 | VERINA privett | 70 | vanessa biermann |
| 71 | Uwe Thalberg | 72 | Ute Fiedler |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 73 | ursula fink | 74 | ulyssesundead.com |
| 75 | ulrike ziegler | 76 | Ulrich Unger |
| 77 | two-roses.com | 78 | tuwebweb.com |
| 79 | tuhospedajeenmiami.com | 80 | Tristan Bondy |
| 81 | Trey Arnone | 82 | Travis Brown |
| 83 | Travis Brimmer | 84 | Tracy Gardner |
| 85 | Tracey Jones | 86 | Tony Kirk |
| 87 | Tony Hugill | 88 | Tom Morton |
| 89 | Tobias Poffley | 90 | tneis.top |
| 91 | Tine Griffie | 92 | Tina Hutchcraft |
| 93 | Timothy Colletti | 94 | tic-kapital.com |
| 95 | Thorsten Schmitt | 96 | Thomas Dewey |
| 97 | theworldsbestgolf.com | 98 | Theresa Arciniega |
| 99 | Thelma Hoppe | 100 | Thearye Tainge |
| 101 | thank you | 102 | testable microcomputer |
| 103 | Tess Olga | 104 | Tess Hellstrom |
| 105 | Teresa Ford | 106 | Tara Dorr |
| 107 | tao pao | 108 | Tanja Schroeder |
| 109 | Tammie Wisnia Tammie Wisnia | 110 | Tamika Costanzo |
| 111 | Svensson Viljae | 112 | Svensson Svensson |
| 113 | Svensson Roni | 114 | Susanne Diaz |
| 115 | survival unwarranted | 116 | supkicks.com |
| 117 | super-vogue.com | 118 | Sue Taylor |
| 119 | storesjerseys.top | 120 | stickybikinis.com |
| 121 | Steven Callaghan | 122 | Stephen Parks |
| 123 | Stephanie Peterson | 124 | Stephanie Casady |
| 125 | Stefan Blau | 126 | Stacy Smith |
| 127 | Stacie Antonio | 128 | soscomputersct.com |
| 129 | sophie frei | 130 | Sophia Nacht |
| 131 | Song Wu | 132 | Song Wu (2) |
| 133 | Song Wu (3) | 134 | Snios Noter |
| 135 | snellvilleweb.com | 136 | Simone Baier |
| 137 | Simone Acciarite | 138 | simon paul |
| 139 | siesta portrait | 140 | Sida Hannah |
| 141 | shopohour.com | 142 | Shivanna Manikantan |
| 143 | shirley matthew | 144 | Shimmin Gillian |
| 145 | Sherry Bates | 146 | shen yi |
| 147 | Sheldon Vincent | 148 | Shaun Sutherland |
| 149 | Shane qualiey | 150 | Shaina Wilkerson |
| 151 | semiretiredtraveler.com | 152 | sembakojamu.com |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 153 | secondincome24.com | 154 | Secar Auino |
| 155 | searing mistreat | 156 | Sean Simmons |
| 157 | Sean Saenz | 158 | Scott Horton |
| 159 | Scott Hill | 160 | Scott Griffin |
| 161 | Scott Cardona | 162 | Scott Baines |
| 163 | Scott Baines (2) | 164 | saviour suspense |
| 165 | Saue siaset | 166 | satanicbookreadings.com |
| 167 | Sarah Cooper | 168 | Santiago Taylor |
| 169 | sanitary overcharge | 170 | Sandra Davis Sandra Davis |
| 171 | Samantha Walls | 172 | Sam Hellberg |
| 173 | Sam Glover | 174 | salexag.com |
| 175 | salexae.com | 176 | salexac.com |
| 177 | sales-gifit.com | 178 | Salerno Claire |
| 179 | Sadie Crute Non-UK Individual Blue Ridge Rue du Crocquet | 180 | Sabrina Bayer |
| 181 | Saad Hany | 182 | Ryall Deryck |
| 183 | Ruth Vieira Hein | 184 | Ruby Payne |
| 185 | ROUTLEDGE BELEN | 186 | roundlakegaragedoor.com |
| 187 | Rosetta Medina | 188 | Rose Pace |
| 189 | Rosalie Green | 190 | Ronnie Perez |
| 191 | Ronald Spurgeon | 192 | Roland Taylor |
| 193 | Roland Munoz | 194 | Roland Edwards |
| 195 | rohan singh | 196 | roger sloan |
| 197 | rockquarrycrusher.com | 198 | Roberto Butler |
| 199 | Robert Vandusen | 200 | Robert Smith |
| 201 | Robert Self | 202 | Robert Rowland |
| 203 | Robert Pelchat | 204 | Robert Morgan |
| 205 | Robert Massey | 206 | Robbie Bergan |
| 207 | Rita Alexander | 208 | Richard Tomas |
| 209 | Richard Tidwell | 210 | Richard Pena |
| 211 | Richard Manis | 212 | richard abram |
| 213 | Rhone Caitlyn | 214 | Registration Private |
| 215 | Registrant of aaa747.com | 216 | Rebecca Johnson |
| 217 | Raymond Secrest | 218 | Raymond Montgomery |
| 219 | Raymond Hedberg | 220 | Raul Buggs |
| 221 | rashid reema | 222 | Randy Caldwell |
| 223 | Ramona Field | 224 | ramnandi.com |
| 225 | ramachandran bhaskar | 226 | ralph unger |
| 227 | Ralph Ortiz | 228 | rainwaterfamilyreunion.com |
| 229 | Rachel Reed | 230 | qiuxiang song |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 231 | qiuxiang song (2) | 232 | qiuxiang song (3) |
| 233 | Qian Bin Yi | 234 | Privacy protection service - whoisproxy.ru |
| 235 | pressurerecorders.com | 236 | premiumoutlets.online |
| 237 | pour plateglass | 238 | poppy acton davis |
| 239 | Ping Jin Zheng Xiong | 240 | Phyllis Skelton |
| 241 | Phillip Donaldson | 242 | Peter Hitt |
| 243 | Peter Hatton | 244 | pergola theism |
| 245 | perfectb2c.com | 246 | Penelope Sharp |
| 247 | Pauline Kimmel | 248 | Patricia Vernon |
| 249 | Patricia Sutton | 250 | Patricia Carroll |
| 251 | Patricia Boucher | 252 | palmettobio.org |
| 253 | Otis Larson | 254 | Orval Harris |
| 255 | openjicmarketing.com | 256 | opencontentcoor.com |
| 257 | Omar Rice | 258 | Olga Melikssa |
| 259 | ogle chris | 260 | O'Dwyer Lisa |
| 261 | odessaelectricwiring.com | 262 | occlude declaration |
| 263 | oakleysunglassessale.name | 264 | nycitywolf.com |
| 265 | Norman Futrell | 266 | Norman Edwards |
| 267 | Nora Berry | 268 | Noel Henault |
| 269 | Nicole Farris | 270 | Nicole Austin |
| 271 | Nicola Weisenberger | 272 | Nick Pike |
| 273 | nic-chic.com | 274 | Nelligan Katherine |
| 275 | Nell Williams | 276 | nekelacephoto.com |
| 277 | Neil Monnery | 278 | Ned Warren |
| 279 | Nancy Morris | 280 | naila javed |
| 281 | nadine muench | 282 | Nadine Boehm |
| 283 | mysunwell.com | 284 | Myrtle Ford |
| 285 | mustafameisa.com | 286 | motorcycle--clothing.com |
| 287 | Morgan Savage | 288 | mohamed zakariya |
| 289 | mitchell yard | 290 | missouri repercussion |
| 291 | Minta Schupp | 292 | Ming Hua Chen |
| 293 | Mike Fiore | 294 | Michelle Robison |
| 295 | michelle eisenhauer | 296 | Michelle Crew |
| 297 | michelle bodkin | 298 | Michelle Barclay |
| 299 | Michele Moore | 300 | Michael Wilson |
| 301 | Michael Scalise | 302 | Michael Lacey |
| 303 | michael hodgson | 304 | Michael Battle |
| 305 | michael alexander | 306 | Melvin Pruitt |
| 307 | Melissa Sharpe | 308 | Melissa Lee |
| 309 | Mehmed Shenel | 310 | mcjdesigns.com |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 311 | McFeely Katherine | 312 | maurice cooper |
| 313 | Matthew Rasmussen | 314 | Matthew Everly |
| 315 | mattcwerner.com | 316 | Mason Graham |
| 317 | maryland scarborough | 318 | Maryann Bond |
| 319 | Mary Wilcox | 320 | Martin Joshua |
| 321 | Martha Magruder | 322 | marmontpipe.com |
| 323 | mark smith | 324 | Mark Mcgee |
| 325 | mark hardner | 326 | Mario Holbert |
| 327 | Marilyn West | 328 | Marilyn Rawson |
| 329 | Marilyn Larson | 330 | marieprieux.com |
| 331 | Marie Lambert | 332 | Maria Jacobs |
| 333 | Maria Demaree | 334 | Maria Cruz |
| 335 | Maria Arnold | 336 | Marcia Nelson |
| 337 | mapendanovoyages-jp.com | 338 | Mansson Julius |
| 339 | mallyim.com | 340 | mallyih.com |
| 341 | mallyig.com | 342 | mallyif.com |
| 343 | mallyid.com | 344 | mairead convery |
| 345 | madher alfindee | 346 | Mackay Alistair |
| 347 | Mack Stephens | 348 | Lynne Nunns |
| 349 | Lynette Montana | 350 | Lyda Toscano |
| 351 | Lucio Flowers | 352 | Luann Fagan |
| 353 | lu ha | 354 | Louis Pui |
| 355 | Lorn landmar | 356 | Loris Claypool |
| 357 | Lori Kron | 358 | Lori Harrison |
| 359 | Lora Vincent | 360 | Longfa Li |
| 361 | Lolitte Jokopuy | 362 | loginjerseys.com |
| 363 | lll ddd | 364 | lixia cao |
| 365 | live-your-lifeblog.com | 366 | liu yong |
| 367 | liu xuemei | 368 | liu xue mei |
| 369 | liting dai | 370 | lisa moeller |
| 371 | Lisa Jones | 372 | Lisa Hatch |
| 373 | lin shao bi | 374 | Lide Cooke |
| 375 | Liang Guang Wei | 376 | li yu lan |
| 377 | li jun zhi | 378 | Leonardo Maria |
| 379 | Lee Brooks | 380 | Leah Schreiber |
| 381 | Lea Wagner | 382 | Lavinia Gowans |
| 383 | Laura-jane Stansbridge | 384 | Laura Sikora |
| 385 | Laura Burnett | 386 | Lance Gilbert |
| 387 | Lana Weldon | 388 | Lamont Willis |
| 389 | Kristina Marshall | 390 | Krista Isbell |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 391 | kodi puff | 392 | kktcplastik2017.org |
| 393 | Kirsten Mastaglio | 394 | King Thompson |
| 395 | kickschina.net | 396 | Khalid Valentina |
| 397 | Kevin Mills | 398 | Kevin January |
| 399 | Kenneth Kilpatrick | 400 | kenneth cummings |
| 401 | Keith Fuller | 402 | Katja Lindgren |
| 403 | Kathy Burnham | 404 | Kathryn Rowe |
| 405 | Kathleen Johansen | 406 | Katherine Wilson |
| 407 | Katerina Gagliostro Katerina Gagliostro | 408 | Karle Rickere |
| 409 | Karl Hartman | 410 | karin schreiner |
| 411 | Karen Mcmillan | 412 | kang wei |
| 413 | kai li | 414 | Junho Choi |
| 415 | June Holman | 416 | Julius Filip |
| 417 | julie gatfield | 418 | Julie Caudell |
| 419 | Julia Vega | 420 | Judy Case |
| 421 | Judith Wagoner | 422 | Judith Stephens |
| 423 | Juanita Jones | 424 | Juan Arruda |
| 425 | Joyce Powelle | 426 | Joyce Garrett |
| 427 | joy huang | 428 | Josephine Phan |
| 429 | Joseph Rivera | 430 | JOSEP ESTOL BATLLE |
| 431 | Jose Gilham | 432 | Jonathan Wright |
| 433 | Jonathan Pierce | 434 | Jonathan Brown |
| 435 | Johnsson Julius | 436 | Johnnie Clark |
| 437 | John Lopez | 438 | John Briscoe |
| 439 | John Bonner | 440 | Joe Smith |
| 441 | jobb360.com | 442 | Joanne Rickus |
| 443 | Joanne Rand | 444 | jinqian chen |
| 445 | jin ying chen | 446 | jin yao |
| 447 | Jim Cornell | 448 | Jiang Dawei |
| 449 | ji shupeng | 450 | Jewel Brooks |
| 451 | Jessica Smith | 452 | Jesse Walkley |
| 453 | Jesse Darden | 454 | jerseysmore.com |
| 455 | Jerry Russo | 456 | Jerry Duke |
| 457 | Jeremy Han | 458 | Jerald Nelson |
| 459 | Jenny Hernandez | 460 | Jeffrey Surles |
| 461 | Jeffrey Adelaide | 462 | Jeff Morales |
| 463 | jeff moore | 464 | Jeannette Black |
| 465 | Jean Waters | 466 | Jean Jones |
| 467 | jaw-comic.com | 468 | Janina Adler |
| 469 | Janice Wright | 470 | Janice Bonner |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 471 | Janet Jones | 472 | Janell Rose |
| 473 | Jane Ferguson | 474 | Jana Reedy |
| 475 | Jan Martin | 476 | Jamie Lyon |
| 477 | Jamie Kaneshiro | 478 | James Swain |
| 479 | James Stewart | 480 | James Pyne |
| 481 | James Paradise | 482 | James Martinez |
| 483 | James Martin | 484 | James Johns |
| 485 | James Holt | 486 | Jade Gill |
| 487 | Jade Dunning | 488 | Jacqueline Hamler |
| 489 | Jacob Hall | 490 | Jackson Paul |
| 491 | Jackie Thomas | 492 | jacker susan |
| 493 | jack seder | 494 | Ismael Bacon |
| 495 | Irene Summers | 496 | innerjourneycoaching.com |
| 497 | ineffective descent | 498 | Ignacio Gatlin |
| 499 | Ian Taylor | 500 | Hull Charlotte |
| 501 | hubert myles | 502 | hua zhou |
| 503 | hua zhou (2) | 504 | Hua Ping Xiong |
| 505 | Howe Lorraine | 506 | holdingarealactualbook.com |
| 507 | Hobart Lawrence | 508 | heyaolong |
| 509 | herry Jones | 510 | herbert reyes |
| 511 | Henry Kent | 512 | Hellstrom Hellstrom |
| 513 | Helen Preston | 514 | Helen Neville |
| 515 | hehehe yao long | 516 | hehehe yao long (2) |
| 517 | hebson helena | 518 | he yaolong |
| 519 | he yao long | 520 | He Qing Yu |
| 521 | Hazel Altom | 522 | Harry Russell |
| 523 | Harry Fujii | 524 | Harold Greer |
| 525 | happypawsdogwalks.com | 526 | Hans Butcher |
| 527 | Gwendolyn Waugh | 528 | Guo Tuanjie |
| 529 | Guillermo Norden | 530 | Guangpu Liang |
| 531 | Gregg Miller | 532 | greatbridgepack48.com |
| 533 | Gravador Charlotte | 534 | Grace Chamberlain |
| 535 | Gottfrid Tess | 536 | Glorie Silva Maldonad |
| 537 | Gloria Barber | 538 | Glenda Ellis |
| 539 | Glen Marcy | 540 | gitesdegarviniou.com |
| 541 | Gina Wansley | 542 | Gina Reddish |
| 543 | Gilda Gonzalez | 544 | gilardonistefanogiardini.com |
| 545 | George Webb | 546 | george huffman |
| 547 | Gene Metcalf | 548 | Gegiene Grazina |
| 549 | Gaz Cunliffe | 550 | Gavin Stephens |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 551 | Gary Lawson | 552 | Gary Hill |
| 553 | Gary Dixon | 554 | Gary Chapman |
| 555 | Gao ErMei | 556 | g20humanrights.com |
| 557 | Freda Fresquez | 558 | fred smith |
| 559 | Fred Smith | 560 | Frank Bowles |
| 561 | Francisca Lanning | 562 | Fran Cramphorn Fran Cramphorn |
| 563 | forevshop.com | 564 | forever-classic.com |
| 565 | Florian Friedman | 566 | Fiona Lee |
| 567 | Filip Svensson | 568 | fifesen.org |
| 569 | feng zhao | 570 | feng zhao (2) |
| 571 | felix ackerman | 572 | fang shao |
| 573 | fabaaa.net | 574 | expo-polis.com |
| 575 | everwanting.com | 576 | eulily.com |
| 577 | Eula Bennett | 578 | Estella Butler |
| 579 | esenet.org | 580 | Erika Strawbridge |
| 581 | Eric Gore | 582 | Elliot Filip |
| 583 | Elliot Berglund | 584 | Elizabeth Schmidt |
| 585 | Elizabeth Noto | 586 | Elizabeth Lapointe |
| 587 | Elizabeth Johnson | 588 | Elizabeth Hill |
| 589 | Elizabeth Bair | 590 | Elinor Wright |
| 591 | electronic hereafter | 592 | electricien-draveil.com |
| 593 | Eleanor Devoe | 594 | Elaine Trombly |
| 595 | Ekstrom Veronica | 596 | Ekstrom Leonardo |
| 597 | EGAN Joanne | 598 | Edward Werner |
| 599 | Eddie Williamson | 600 | Eddie Uresti |
| 601 | edan piper | 602 | Dustin Hall |
| 603 | Dorrity Paul | 604 | Dorothy Ridgway |
| 605 | Dorothy Phillips | 606 | Dorothy Arguelles |
| 607 | Doreen Neumann | 608 | Donna Shaw |
| 609 | Donna Cain | 610 | Donald Witt |
| 611 | Donald Talley | 612 | Don Darden |
| 613 | do-my-assignment-reviews.com | 614 | Dianne Conklin |
| 615 | Diana Strauss | 616 | dewen zheng |
| 617 | Dewayne Giordano | 618 | Derrick Garcia |
| 619 | Delbert Granger | 620 | dehui li |
| 621 | Deborah Brannon | 622 | Davies Sara |
| 623 | David Lowery | 624 | David Kunze |
| 625 | David Kelly | 626 | David Eichel |
| 627 | David Beevers UK Statutory Body | 628 | Dave Eagle |
| 629 | Dave Daniels | 630 | Darrell Mann |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 631 | Darlene Sutton | 632 | Darlene Person |
| 633 | Darlene Ingram | 634 | Danielle Gault |
| 635 | Daniela Loewe | 636 | Daniela Austerlitz |
| 637 | Daniel Rosen | 638 | daniel frankfurter |
| 639 | dancinginkart.com | 640 | dana hildreth |
| 641 | Cuthbert Jack | 642 | cun qiwang |
| 643 | Crowther Daniel | 644 | Craig Conley |
| 645 | Courtney Gilbert | 646 | cotterill graham |
| 647 | Corey Russell | 648 | coretechdesigns.com |
| 649 | Contact Privacy Inc. Customer 0150293670 | 650 | Cockeram Stanley |
| 651 | Clyde McEachern | 652 | Clinton Wiggins |
| 653 | Claudio Cremonesi | 654 | cinaok.com |
| 655 | cinait.com | 656 | Christopher Davis |
| 657 | Christopher Card | 658 | Christoph Marx |
| 659 | Christina Moore | 660 | Christin Lang |
| 661 | Christian Haliburton | 662 | chris joseph |
| 663 | chitosanelite.com | 664 | chic-expert.com |
| 665 | chicagodivorceadvocates.com | 666 | cherryharborkayaking.com |
| 667 | Cherilyn Atkins | 668 | Cheri Page |
| 669 | chenming hai | 670 | chen tengken |
| 671 | chen maoshan | 672 | chen guohong |
| 673 | Cheapoakleysunglasses.name | 674 | cheapluxs.com |
| 675 | Charlie Jones | 676 | Charles Schirmer |
| 677 | Charles Moser | 678 | Charles Morgan |
| 679 | Charles Lovejoy | 680 | Charles Kaufman |
| 681 | Charles Hinson | 682 | Charles Eccles |
| 683 | Charlene Herbert | 684 | champsmall.com |
| 685 | Chambury The Recruitment Fix Chris | 686 | Catrina Head |
| 687 | Catherine Vela | 688 | Catherine Roper |
| 689 | catherine daigle | 690 | Catherine Bowling |
| 691 | Casey Johnson | 692 | cartitleloansinhialeah.com |
| 693 | Carrington Elizabeth | 694 | Carrie Heffernan |
| 695 | Carol Stewart | 696 | Carol Pierce |
| 697 | Carol Hylton | 698 | Carmen Wendling |
| 699 | Carlos Acevedo | 700 | Carlie Williams |
| 701 | Caridad Smith | 702 | canodelvalle.com |
| 703 | callie po | 704 | buys-vogue.com |
| 705 | buying-lovers.com | 706 | burton watson |
| 707 | Burcu Holmgren | 708 | Bryant Delafuente |
| 709 | Bryan Leung | 710 | Brian Jones |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 711 | Brian Hawkins | 712 | Brian Adam |
| 713 | Brennan Anne | 714 | Brenda Weinberg |
| 715 | Brenda Thompson | 716 | brenda pepper |
| 717 | bravocleaningservice.com | 718 | Brad Watson |
| 719 | bongarzone michael | 720 | Bobby Rice |
| 721 | Bjork Julius | 722 | bixiang lin |
| 723 | binns stephen | 724 | bi xiang lin |
| 725 | beukenne.com | 726 | Betty Talley |
| 727 | Betty Ratcliffe | 728 | Betsy Guidry |
| 729 | Bertha Pettigrew | 730 | Bernstein Simon |
| 731 | BerniceEvans | 732 | Bernd Mahler |
| 733 | Bernadette Grote | 734 | Berglund Stefan |
| 735 | Berglund Elma | 736 | Benjamin Mast |
| 737 | benjamin fuhrmann | 738 | beirootcreative.com |
| 739 | Beatriz Kelly | 740 | Beatrice Willson |
| 741 | Beatrice J Trinidad | 742 | Barry Cabrera |
| 743 | Barnes Stephen | 744 | Barbara Thompson |
| 745 | Barbara Lopez | 746 | Barbara Fong |
| 747 | bancopesce.com | 748 | Baluch Diane |
| 749 | bagistock.co | 750 | Avril Phillips |
| 751 | Ashley Humes | 752 | Asa Reed |
| 753 | arubacycling.org | 754 | arline arrieta |
| 755 | Ardis Proctor | 756 | April Terry |
| 757 | April Steele | 758 | Antje Gerber |
| 759 | Anthony Norman | 760 | Anthony Chapin |
| 761 | annett boehm | 762 | Annet Coland |
| 763 | Anne Goodwin | 764 | Ann Patricio |
| 765 | Ann Gonzalez | 766 | Ann Abramowitz |
| 767 | Angus Jennings | 768 | Angelo Washburn |
| 769 | Angela Thompson | 770 | Angela Taylor |
| 771 | Angela Lincoln | 772 | Andrew Smith |
| 773 | Andres Peterson | 774 | Amy Gonzalez |
| 775 | Allan Bibby | 776 | Alfonso Everett |
| 777 | Alexander Herrmann | 778 | Alan Hannah |
| 779 | Alan Estrada | 780 | AGBENIGA YUSUF |
| 781 | adsoldajustica.com | 782 | Adele Graves |
| 783 | Adam Moskowitz | 784 | acknowledge takings |
| 785 | abogadoenpuebla.com | 786 | Abji Khairoun |
| 787 | aaggowa.org | 788 | Hangzhou Pioneer Clothing Co., Ltd. |
| 789 | 371323273291500 Store | 790 | a&q store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 791 | acexpnm angler & cyclist's store | 792 | ACEXPNM Sunglasses Store |
| 793 | AlienSoce Brand FlagShip Store | 794 | ALIENSOCE Official Store |
| 795 | aolomon Official Store | 796 | ArcticPenguinFashion Store |
| 797 | basecampcycling store | 798 | bay bay glasses store |
| 799 | belmon official store | 800 | Bike accessories riding shop Store |
| 801 | Boloban Store | 802 | boutique tesco |
| 803 | brand cycling shoes & gloves | 804 | CGID Official Store |
| 805 | Chenxinpei Store | 806 | coolpandas store |
| 807 | cycling world equipment store | 808 | Cycling_ Store |
| 809 | DEDING Official Store | 810 | Demi's wardrobe |
| 811 | donna official store | 812 | dpz Official Store |
| 813 | dress u up exquisite store | 814 | dunn black sunglasses store |
| 815 | ev optical frame&sunglasses manufacturer | 816 | evade store |
| 817 | eyebetter | 818 | EyesFashion Store |
| 819 | factory optician store | 820 | Feiseli Sunglasses Store |
| 821 | firesnake store | 822 | Fitbest Store |
| 823 | fury color store | 824 | GAMT Store |
| 825 | give me chance Store | 826 | hey, glasses house. store |
| 827 | HSBC999 Store | 828 | JAYSON Store |
| 829 | JHfocus Sunglasses Store | 830 | juli eyewear Official Store |
| 831 | junyi glasses store | 832 | just bolato classic store |
| 833 | kawayii store | 834 | Keep Forth Store |
| 835 | LinMu Glasses Co., Ltd Store | 836 | Liva beautiful Store |
| 837 | lohas girl store | 838 | LVVKE NO2 Store |
| 839 | miracle dream store | 840 | Modern Time Fashion |
| 841 | molniya -glasses store | 842 | NANCYshop Store |
| 843 | Outdoor Factory Drop Shipping Wholesaler Keep Moving Store | 844 | Outdoor Wholesaler Drop Ship Towards Victory Store |
| 845 | POLAR KING Official Store | 846 | PRJ Glasses store |
| 847 | Qpin Trade Co.,Ltd | 848 | qudda store |
| 849 | quisviker cycling store | 850 | RICHPER Store |
| 851 | ruisimo official store | 852 | sequoia outdoor co., ltd |
| 853 | ShenZhenYKS Outdoor Store | 854 | Shop1761421 Store |
| 855 | Shop2849100 Store | 856 | Shop2880049 Store |
| 857 | shop2944181 store | 858 | shop3103023 store |
| 859 | shop3618088 store | 860 | shop3671031 store |
| 861 | Shop428655 Store | 862 | Shop513892 Store |
| 863 | speedhyun official store | 864 | story boutique store |
| 865 | sunstone ltd | 866 | surfsea store |
| 867 | tendaglasses store | 868 | The_Tops Store |

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|-----|------------------------|-----|------------------------|
| 869 | TinffGan Store | 870 | Tony Brooks's store |
| 871 | TopYK-S Outdoor Store | 872 | Trend sunglasses store |
| 873 | turmom goods store | 874 | uv stylish glasses store |
| 875 | vazrobe sunglass store | 876 | Vbiger Store |
| 877 | VERGE SENS Store | 878 | vg- sports store |
| 879 | VLHQETXN Store | 880 | warblade store |
| 881 | who cutie glasses factory store | 882 | WISH CLUB Official Store |
| 883 | woo shao's store | 884 | xiawangtop |
| 885 | Xunkai Store | 886 | YOJBO Official Store |
| 887 | YUMOON GLASSES Store | 888 | YX-Finery Store |
| 889 | Zita Eyeglass Center Store | 890 | zobwn optical glasses store |
| 891 | Zuan Mei Official Store | 892 | Freetime Store |
| 893 | SuperCool Outdoor Equipments Store | 894 | Bumblebee 007 Store |
| 895 | fun of cycling store | 896 | good service high quality store |
| 897 | nodare sunglasses store | 898 | sara store |
| 899 | wee cycling store | 900 | bestservice2015 |
| 901 | jackly_sue | 902 | jimoptical |
| 903 | joanna-eric | 904 | lilmissmod |
| 905 | rzho-6 | 906 | shenzhenresourse |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|-----|---------------------------|-----|---------------------------|
| 1 | t-shirt123.en.alibaba.com | 2 | aliexpress.com/store/3248069 |
| 3 | aliexpress.com/store/2994009 | 4 | aliexpress.com/store/3097013 |
| 5 | aliexpress.com/store/3210050 | 6 | aliexpress.com/store/2070125 |
| 7 | aliexpress.com/store/2835098 | 8 | aliexpress.com/store/2798118 |
| 9 | aliexpress.com/store/1681121 | 10 | aliexpress.com/store/1328059 |
| 11 | aliexpress.com/store/3142031 | 12 | aliexpress.com/store/2204114 |
| 13 | aliexpress.com/store/3471022 | 14 | aliexpress.com/store/135389 |
| 15 | aliexpress.com/store/1505179 | 16 | aliexpress.com/store/2157014 |
| 17 | aliexpress.com/store/3171019 | 18 | aliexpress.com/store/1972309 |
| 19 | aliexpress.com/store/3207048 | 20 | aliexpress.com/store/1390308 |
| 21 | aliexpress.com/store/1958099 | 22 | aliexpress.com/store/1381878 |
| 23 | aliexpress.com/store/937879 | 24 | aliexpress.com/store/2661082 |
| 25 | aliexpress.com/store/3244055 | 26 | aliexpress.com/store/1838133 |
| 27 | aliexpress.com/store/2493005 | 28 | aliexpress.com/store/1525252 |
| 29 | aliexpress.com/store/3667069 | 30 | aliexpress.com/store/900381 |
| 31 | aliexpress.com/store/3137014 | 32 | aliexpress.com/store/1966950 |
| 33 | aliexpress.com/store/3101098 | 34 | aliexpress.com/store/1966277 |
| 35 | aliexpress.com/store/3518015 | 36 | aliexpress.com/store/3215048 |
| 37 | aliexpress.com/store/2966076 | 38 | aliexpress.com/store/3167001 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 39 | aliexpress.com/store/3667021 | 40 | aliexpress.com/store/3170032 |
| 41 | aliexpress.com/store/3145016 | 42 | aliexpress.com/store/3240044 |
| 43 | aliexpress.com/store/236234 | 44 | aliexpress.com/store/3621113 |
| 45 | aliexpress.com/store/2820003 | 46 | aliexpress.com/store/3653042 |
| 47 | aliexpress.com/store/2959155 | 48 | aliexpress.com/store/2405080 |
| 49 | aliexpress.com/store/2954258 | 50 | aliexpress.com/store/2838024 |
| 51 | aliexpress.com/store/2836110 | 52 | aliexpress.com/store/1453308 |
| 53 | aliexpress.com/store/2113005 | 54 | aliexpress.com/store/3081053 |
| 55 | aliexpress.com/store/526209 | 56 | aliexpress.com/store/2340010 |
| 57 | aliexpress.com/store/2882310 | 58 | aliexpress.com/store/3516055 |
| 59 | aliexpress.com/store/427092 | 60 | aliexpress.com/store/1801520 |
| 61 | aliexpress.com/store/2973001 | 62 | aliexpress.com/store/3662029 |
| 63 | aliexpress.com/store/3184011 | 64 | aliexpress.com/store/1973118 |
| 65 | aliexpress.com/store/1854597 | 66 | aliexpress.com/store/2136072 |
| 67 | aliexpress.com/store/1761421 | 68 | aliexpress.com/store/2849100 |
| 69 | aliexpress.com/store/2880049 | 70 | aliexpress.com/store/2944181 |
| 71 | aliexpress.com/store/3103023 | 72 | aliexpress.com/store/3618088 |
| 73 | aliexpress.com/store/3671031 | 74 | aliexpress.com/store/428655 |
| 75 | aliexpress.com/store/513892 | 76 | aliexpress.com/store/3128004 |
| 77 | aliexpress.com/store/2960068 | 78 | aliexpress.com/store/606613 |
| 79 | aliexpress.com/store/3661057 | 80 | aliexpress.com/store/321410 |
| 81 | aliexpress.com/store/2495002 | 82 | aliexpress.com/store/1510280 |
| 83 | aliexpress.com/store/636590 | 84 | aliexpress.com/store/1939604 |
| 85 | aliexpress.com/store/3483063 | 86 | aliexpress.com/store/1709911 |
| 87 | aliexpress.com/store/3669091 | 88 | aliexpress.com/store/3666036 |
| 89 | aliexpress.com/store/3082082 | 90 | aliexpress.com/store/2657127 |
| 91 | aliexpress.com/store/1836660 | 92 | aliexpress.com/store/721194 |
| 93 | aliexpress.com/store/3486040 | 94 | aliexpress.com/store/2996039 |
| 95 | aliexpress.com/store/2976001 | 96 | aliexpress.com/store/325055 |
| 97 | aliexpress.com/store/1090014 | 98 | aliexpress.com/store/3152038 |
| 99 | aliexpress.com/store/605087 | 100 | aliexpress.com/store/2945124 |
| 101 | aliexpress.com/store/2948029 | 102 | aliexpress.com/store/2948160 |
| 103 | aliexpress.com/store/1482014 | 104 | aliexpress.com/store/225859 |
| 105 | aliexpress.com/store/3174015 | 106 | aliexpress.com/store/2956249 |
| 107 | aliexpress.com/store/3625116 | 108 | aliexpress.com/store/3673070 |
| 109 | aliexpress.com/store/3210077 | 110 | aliexpress.com/store/3676101 |
| 111 | aliexpress.com/store/3270022 | 112 | aliexpress.com/store/3656027 |
| 113 | ebay.com/usr/bestservice2015 | 114 | ebay.com/usr/jackly_sue |
| 115 | ebay.com/usr/jimoptical | 116 | ebay.com/usr/joanna-eric |
| 117 | ebay.com/usr/lilmissmod | 118 | ebay.com/usr/rzho-6 |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 119 | ebay.com/usr/shenzhenresourse | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | Xiong Hua Ping | 2 | xinqian Rhys |
| 3 | xingen yang | 4 | Xie Ji Ping |
| 5 | xiaolong wang | 6 | xiao meichen |
| 7 | Xiao Jin Jia | 8 | xiao jie chen |
| 9 | Xia Wang | 10 | wu junlong |
| 11 | worldbrothersshoppers.com | 12 | Zu Dui |
| 13 | Zou Peng | 14 | Zhuhai Yingxun Keji Limited |
| 15 | zhou hua | 16 | Zhou Hao |
| 17 | zhengyong fan | 18 | zhengyong fan (2) |
| 19 | Zhen Feng Jiang | 20 | Zhao Zhen |
| 21 | zhao dequn | 22 | zhao dequn (2) |
| 23 | zhao de qun | 24 | Yvette Burke |
| 25 | yuan yuan | 26 | yu qian |
| 27 | Yin YuYing | 28 | yes best |
| 29 | yaolong he | 30 | yao jianming |
| 31 | Yang Shuai Shuai Yang Shuai Shuai | 32 | yang jianze |
| 33 | Ya Ban Chen | 34 | xuemei liu |
| 35 | xuemei liu (2) | 36 | Xu Wennqiang |
| 37 | willie butler | 38 | William Vincent |
| 39 | William Ramirez | 40 | William Howells |
| 41 | William Colter | 42 | Wiesle Nosek |
| 43 | whatever encounter | 44 | welsh colin |
| 45 | weiming chen | 46 | wei kang |
| 47 | wearethekocanuts.com | 48 | wang yuzhu |
| 49 | wang xia | 50 | wang xia (2) |
| 51 | wang xia (3) | 52 | wang shang |
| 53 | Wang Qiang | 54 | Walton Park |
| 55 | Wallace Keynes | 56 | Wall Fiona |
| 57 | walker lustful | 58 | vwtouaregauburn.com |
| 59 | vithaiservices.com | 60 | Virginia Tirado |
| 61 | Vipan Bal | 62 | Violet Fast |
| 63 | Viola Mata | 64 | Vijayakumar Poopalasingham |
| 65 | videovalores.org | 66 | Victoria McLean |
| 67 | victoria brooks victoria brooks | 68 | Vicki Ilett |
| 69 | VERINA privett | 70 | vanessa biermann |
| 71 | Uwe Thalberg | 72 | Ute Fiedler |
| 73 | ursula fink | 74 | ulyssesundead.com |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 75 | ulrike ziegler | 76 | Ulrich Unger |
| 77 | two-roses.com | 78 | tuwebweb.com |
| 79 | tuhospedajeenmiami.com | 80 | Tristan Bondy |
| 81 | Trey Arnone | 82 | Travis Brown |
| 83 | Travis Brimmer | 84 | Tracy Gardner |
| 85 | Tracey Jones | 86 | Tony Kirk |
| 87 | Tony Hugill | 88 | Tom Morton |
| 89 | Tobias Poffley | 90 | tneis.top |
| 91 | Tine Griffie | 92 | Tina Hutchcraft |
| 93 | Timothy Colletti | 94 | tic-kapital.com |
| 95 | Thorsten Schmitt | 96 | Thomas Dewey |
| 97 | theworldsbestgolf.com | 98 | Theresa Arciniega |
| 99 | Thelma Hoppe | 100 | Thearye Tainge |
| 101 | thank you | 102 | testable microcomputer |
| 103 | Tess Olga | 104 | Tess Hellstrom |
| 105 | Teresa Ford | 106 | Tara Dorr |
| 107 | tao pao | 108 | Tanja Schroeder |
| 109 | Tammie Wisnia Tammie Wisnia | 110 | Tamika Costanzo |
| 111 | Svensson Viljae | 112 | Svensson Svensson |
| 113 | Svensson Roni | 114 | Susanne Diaz |
| 115 | survival unwarranted | 116 | supkicks.com |
| 117 | super-vogue.com | 118 | Sue Taylor |
| 119 | storesjerseys.top | 120 | stickybikinis.com |
| 121 | Steven Callaghan | 122 | Stephen Parks |
| 123 | Stephanie Peterson | 124 | Stephanie Casady |
| 125 | Stefan Blau | 126 | Stacy Smith |
| 127 | Stacie Antonio | 128 | soscomputersct.com |
| 129 | sophie frei | 130 | Sophia Nacht |
| 131 | Song Wu | 132 | Song Wu (2) |
| 133 | Song Wu (3) | 134 | Snios Noter |
| 135 | snellvilleweb.com | 136 | Simone Baier |
| 137 | Simone Acciarite | 138 | simon paul |
| 139 | siesta portrait | 140 | Sida Hannah |
| 141 | shopohour.com | 142 | Shivanna Manikantan |
| 143 | shirley matthew | 144 | Shimmin Gillian |
| 145 | Sherry Bates | 146 | shen yi |
| 147 | Sheldon Vincent | 148 | Shaun Sutherland |
| 149 | Shane qualiey | 150 | Shaina Wilkerson |
| 151 | semiretiredtraveler.com | 152 | sembakojamu.com |
| 153 | secondincome24.com | 154 | Secar Auino |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 155 | searing mistreat | 156 | Sean Simmons |
| 157 | Sean Saenz | 158 | Scott Horton |
| 159 | Scott Hill | 160 | Scott Griffin |
| 161 | Scott Cardona | 162 | Scott Baines |
| 163 | Scott Baines (2) | 164 | saviour suspense |
| 165 | Saue siaset | 166 | satanicbookreadings.com |
| 167 | Sarah Cooper | 168 | Santiago Taylor |
| 169 | sanitary overcharge | 170 | Sandra Davis Sandra Davis |
| 171 | Samantha Walls | 172 | Sam Hellberg |
| 173 | Sam Glover | 174 | salexag.com |
| 175 | salexae.com | 176 | salexac.com |
| 177 | sales-gifit.com | 178 | Salerno Claire |
| 179 | Sadie Crute Non-UK Individual Blue Ridge Rue du Crocquet | 180 | Sabrina Bayer |
| 181 | Saad Hany | 182 | Ryall Deryck |
| 183 | Ruth Vieira Hein | 184 | Ruby Payne |
| 185 | ROUTLEDGE BELEN | 186 | roundlakegaragedoor.com |
| 187 | Rosetta Medina | 188 | Rose Pace |
| 189 | Rosalie Green | 190 | Ronnie Perez |
| 191 | Ronald Spurgeon | 192 | Roland Taylor |
| 193 | Roland Munoz | 194 | Roland Edwards |
| 195 | rohan singh | 196 | roger sloan |
| 197 | rockquarrycrusher.com | 198 | Roberto Butler |
| 199 | Robert Vandusen | 200 | Robert Smith |
| 201 | Robert Self | 202 | Robert Rowland |
| 203 | Robert Pelchat | 204 | Robert Morgan |
| 205 | Robert Massey | 206 | Robbie Bergan |
| 207 | Rita Alexander | 208 | Richard Tomas |
| 209 | Richard Tidwell | 210 | Richard Pena |
| 211 | Richard Manis | 212 | richard abram |
| 213 | Rhone Caitlyn | 214 | Registration Private |
| 215 | Registrant of aaa747.com | 216 | Rebecca Johnson |
| 217 | Raymond Secrest | 218 | Raymond Montgomery |
| 219 | Raymond Hedberg | 220 | Raul Buggs |
| 221 | rashid reema | 222 | Randy Caldwell |
| 223 | Ramona Field | 224 | ramnandi.com |
| 225 | ramachandran bhaskar | 226 | ralph unger |
| 227 | Ralph Ortiz | 228 | rainwaterfamilyreunion.com |
| 229 | Rachel Reed | 230 | qiuxiang song |
| 231 | qiuxiang song (2) | 232 | qiuxiang song (3) |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 233 | Qian Bin Yi | 234 | Privacy protection service - whoisproxy.ru |
| 235 | pressurerecorders.com | 236 | premiumoutlets.online |
| 237 | pour plateglass | 238 | poppy acton davis |
| 239 | Ping Jin Zheng Xiong | 240 | Phyllis Skelton |
| 241 | Phillip Donaldson | 242 | Peter Hitt |
| 243 | Peter Hatton | 244 | pergola theism |
| 245 | perfectb2c.com | 246 | Penelope Sharp |
| 247 | Pauline Kimmel | 248 | Patricia Vernon |
| 249 | Patricia Sutton | 250 | Patricia Carroll |
| 251 | Patricia Boucher | 252 | palmettobio.org |
| 253 | Otis Larson | 254 | Orval Harris |
| 255 | openjicmarketing.com | 256 | opencontentcoor.com |
| 257 | Omar Rice | 258 | Olga Melikssa |
| 259 | ogle chris | 260 | O'Dwyer Lisa |
| 261 | odessaelectricwiring.com | 262 | occlude declaration |
| 263 | oakleysunglassessale.name | 264 | nycitywolf.com |
| 265 | Norman Futrell | 266 | Norman Edwards |
| 267 | Nora Berry | 268 | Noel Henault |
| 269 | Nicole Farris | 270 | Nicole Austin |
| 271 | Nicola Weisenberger | 272 | Nick Pike |
| 273 | nic-chic.com | 274 | Nelligan Katherine |
| 275 | Nell Williams | 276 | nekelacephoto.com |
| 277 | Neil Monnery | 278 | Ned Warren |
| 279 | Nancy Morris | 280 | naila javed |
| 281 | nadine muench | 282 | Nadine Boehm |
| 283 | mysunwell.com | 284 | Myrtle Ford |
| 285 | mustafameisa.com | 286 | motorcycle--clothing.com |
| 287 | Morgan Savage | 288 | mohamed zakariya |
| 289 | mitchell yard | 290 | missouri repercussion |
| 291 | Minta Schupp | 292 | Ming Hua Chen |
| 293 | Mike Fiore | 294 | Michelle Robison |
| 295 | michelle eisenhauer | 296 | Michelle Crew |
| 297 | michelle bodkin | 298 | Michelle Barclay |
| 299 | Michele Moore | 300 | Michael Wilson |
| 301 | Michael Scalise | 302 | Michael Lacey |
| 303 | michael hodgson | 304 | Michael Battle |
| 305 | michael alexander | 306 | Melvin Pruitt |
| 307 | Melissa Sharpe | 308 | Melissa Lee |
| 309 | Mehmed Shenel | 310 | mcjdesigns.com |
| 311 | McFeely Katherine | 312 | maurice cooper |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 313 | Matthew Rasmussen | 314 | Matthew Everly |
| 315 | mattcwerner.com | 316 | Mason Graham |
| 317 | maryland scarborough | 318 | Maryann Bond |
| 319 | Mary Wilcox | 320 | Martin Joshua |
| 321 | Martha Magruder | 322 | marmontpipe.com |
| 323 | mark smith | 324 | Mark Mcgee |
| 325 | mark hardner | 326 | Mario Holbert |
| 327 | Marilyn West | 328 | Marilyn Rawson |
| 329 | Marilyn Larson | 330 | marieprieux.com |
| 331 | Marie Lambert | 332 | Maria Jacobs |
| 333 | Maria Demaree | 334 | Maria Cruz |
| 335 | Maria Arnold | 336 | Marcia Nelson |
| 337 | mapendanovoyages-jp.com | 338 | Mansson Julius |
| 339 | mallyim.com | 340 | mallyih.com |
| 341 | mallyig.com | 342 | mallyif.com |
| 343 | mallyid.com | 344 | mairead convery |
| 345 | madher alfindee | 346 | Mackay Alistair |
| 347 | Mack Stephens | 348 | Lynne Nunns |
| 349 | Lynette Montana | 350 | Lyda Toscano |
| 351 | Lucio Flowers | 352 | Luann Fagan |
| 353 | lu ha | 354 | Louis Pui |
| 355 | Lorn landmar | 356 | Loris Claypool |
| 357 | Lori Kron | 358 | Lori Harrison |
| 359 | Lora Vincent | 360 | Longfa Li |
| 361 | Lolitte Jokopuy | 362 | loginjerseys.com |
| 363 | lll ddd | 364 | lixia cao |
| 365 | live-your-lifeblog.com | 366 | liu yong |
| 367 | liu xuemei | 368 | liu xue mei |
| 369 | liting dai | 370 | lisa moeller |
| 371 | Lisa Jones | 372 | Lisa Hatch |
| 373 | lin shao bi | 374 | Lide Cooke |
| 375 | Liang Guang Wei | 376 | li yu lan |
| 377 | li jun zhi | 378 | Leonardo Maria |
| 379 | Lee Brooks | 380 | Leah Schreiber |
| 381 | Lea Wagner | 382 | Lavinia Gowans |
| 383 | Laura-jane Stansbridge | 384 | Laura Sikora |
| 385 | Laura Burnett | 386 | Lance Gilbert |
| 387 | Lana Weldon | 388 | Lamont Willis |
| 389 | Kristina Marshall | 390 | Krista Isbell |
| 391 | kodi puff | 392 | kktcplastik2017.org |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 393 | Kirsten Mastaglio | 394 | King Thompson |
| 395 | kickschina.net | 396 | Khalid Valentina |
| 397 | Kevin Mills | 398 | Kevin January |
| 399 | Kenneth Kilpatrick | 400 | kenneth cummings |
| 401 | Keith Fuller | 402 | Katja Lindgren |
| 403 | Kathy Burnham | 404 | Kathryn Rowe |
| 405 | Kathleen Johansen | 406 | Katherine Wilson |
| 407 | Katerina Gagliostro Katerina Gagliostro | 408 | Karle Rickere |
| 409 | Karl Hartman | 410 | karin schreiner |
| 411 | Karen Mcmillan | 412 | kang wei |
| 413 | kai li | 414 | Junho Choi |
| 415 | June Holman | 416 | Julius Filip |
| 417 | julie gatfield | 418 | Julie Caudell |
| 419 | Julia Vega | 420 | Judy Case |
| 421 | Judith Wagoner | 422 | Judith Stephens |
| 423 | Juanita Jones | 424 | Juan Arruda |
| 425 | Joyce Powelle | 426 | Joyce Garrett |
| 427 | joy huang | 428 | Josephine Phan |
| 429 | Joseph Rivera | 430 | JOSEP ESTOL BATLLE |
| 431 | Jose Gilham | 432 | Jonathan Wright |
| 433 | Jonathan Pierce | 434 | Jonathan Brown |
| 435 | Johnsson Julius | 436 | Johnnie Clark |
| 437 | John Lopez | 438 | John Briscoe |
| 439 | John Bonner | 440 | Joe Smith |
| 441 | jobb360.com | 442 | Joanne Rickus |
| 443 | Joanne Rand | 444 | jinqian chen |
| 445 | jin ying chen | 446 | jin yao |
| 447 | Jim Cornell | 448 | Jiang Dawei |
| 449 | ji shupeng | 450 | Jewel Brooks |
| 451 | Jessica Smith | 452 | Jesse Walkley |
| 453 | Jesse Darden | 454 | jerseysmore.com |
| 455 | Jerry Russo | 456 | Jerry Duke |
| 457 | Jeremy Han | 458 | Jerald Nelson |
| 459 | Jenny Hernandez | 460 | Jeffrey Surles |
| 461 | Jeffrey Adelaide | 462 | Jeff Morales |
| 463 | jeff moore | 464 | Jeannette Black |
| 465 | Jean Waters | 466 | Jean Jones |
| 467 | jaw-comic.com | 468 | Janina Adler |
| 469 | Janice Wright | 470 | Janice Bonner |
| 471 | Janet Jones | 472 | Janell Rose |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 473 | Jane Ferguson | 474 | Jana Reedy |
| 475 | Jan Martin | 476 | Jamie Lyon |
| 477 | Jamie Kaneshiro | 478 | James Swain |
| 479 | James Stewart | 480 | James Pyne |
| 481 | James Paradise | 482 | James Martinez |
| 483 | James Martin | 484 | James Johns |
| 485 | James Holt | 486 | Jade Gill |
| 487 | Jade Dunning | 488 | Jacqueline Hamler |
| 489 | Jacob Hall | 490 | Jackson Paul |
| 491 | Jackie Thomas | 492 | jacker susan |
| 493 | jack seder | 494 | Ismael Bacon |
| 495 | Irene Summers | 496 | innerjourneycoaching.com |
| 497 | ineffective descent | 498 | Ignacio Gatlin |
| 499 | Ian Taylor | 500 | Hull Charlotte |
| 501 | hubert myles | 502 | hua zhou |
| 503 | hua zhou (2) | 504 | Hua Ping Xiong |
| 505 | Howe Lorraine | 506 | holdingarealactualbook.com |
| 507 | Hobart Lawrence | 508 | heyaolong |
| 509 | herry Jones | 510 | herbert reyes |
| 511 | Henry Kent | 512 | Hellstrom Hellstrom |
| 513 | Helen Preston | 514 | Helen Neville |
| 515 | hehehe yao long | 516 | hehehe yao long (2) |
| 517 | hebson helena | 518 | he yaolong |
| 519 | he yao long | 520 | He Qing Yu |
| 521 | Hazel Altom | 522 | Harry Russell |
| 523 | Harry Fujii | 524 | Harold Greer |
| 525 | happypawsdogwalks.com | 526 | Hans Butcher |
| 527 | Gwendolyn Waugh | 528 | Guo Tuanjie |
| 529 | Guillermo Norden | 530 | Guangpu Liang |
| 531 | Gregg Miller | 532 | greatbridgepack48.com |
| 533 | Gravador Charlotte | 534 | Grace Chamberlain |
| 535 | Gottfrid Tess | 536 | Glorie Silva Maldonad |
| 537 | Gloria Barber | 538 | Glenda Ellis |
| 539 | Glen Marcy | 540 | gitesdegarviniou.com |
| 541 | Gina Wansley | 542 | Gina Reddish |
| 543 | Gilda Gonzalez | 544 | gilardonistefanogiardini.com |
| 545 | George Webb | 546 | george huffman |
| 547 | Gene Metcalf | 548 | Gegiene Grazina |
| 549 | Gaz Cunliffe | 550 | Gavin Stephens |
| 551 | Gary Lawson | 552 | Gary Hill |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|----------------------|-----|----------------------|
| 553 | Gary Dixon | 554 | Gary Chapman |
| 555 | Gao ErMei | 556 | g20humanrights.com |
| 557 | Freda Fresquez | 558 | fred smith |
| 559 | Fred Smith | 560 | Frank Bowles |
| 561 | Francisca Lanning | 562 | Fran Cramphorn Fran Cramphorn |
| 563 | forevshop.com | 564 | forever-classic.com |
| 565 | Florian Friedman | 566 | Fiona Lee |
| 567 | Filip Svensson | 568 | fifesen.org |
| 569 | feng zhao | 570 | feng zhao (2) |
| 571 | felix ackerman | 572 | fang shao |
| 573 | fabaaa.net | 574 | expo-polis.com |
| 575 | everwanting.com | 576 | eulily.com |
| 577 | Eula Bennett | 578 | Estella Butler |
| 579 | esenet.org | 580 | Erika Strawbridge |
| 581 | Eric Gore | 582 | Elliot Filip |
| 583 | Elliot Berglund | 584 | Elizabeth Schmidt |
| 585 | Elizabeth Noto | 586 | Elizabeth Lapointe |
| 587 | Elizabeth Johnson | 588 | Elizabeth Hill |
| 589 | Elizabeth Bair | 590 | Elinor Wright |
| 591 | electronic hereafter | 592 | electricien-draveil.com |
| 593 | Eleanor Devoe | 594 | Elaine Trombly |
| 595 | Ekstrom Veronica | 596 | Ekstrom Leonardo |
| 597 | EGAN Joanne | 598 | Edward Werner |
| 599 | Eddie Williamson | 600 | Eddie Uresti |
| 601 | edan piper | 602 | Dustin Hall |
| 603 | Dorrity Paul | 604 | Dorothy Ridgway |
| 605 | Dorothy Phillips | 606 | Dorothy Arguelles |
| 607 | Doreen Neumann | 608 | Donna Shaw |
| 609 | Donna Cain | 610 | Donald Witt |
| 611 | Donald Talley | 612 | Don Darden |
| 613 | do-my-assignment-reviews.com | 614 | Dianne Conklin |
| 615 | Diana Strauss | 616 | dewen zheng |
| 617 | Dewayne Giordano | 618 | Derrick Garcia |
| 619 | Delbert Granger | 620 | dehui li |
| 621 | Deborah Brannon | 622 | Davies Sara |
| 623 | David Lowery | 624 | David Kunze |
| 625 | David Kelly | 626 | David Eichel |
| 627 | David Beevers UK Statutory Body | 628 | Dave Eagle |
| 629 | Dave Daniels | 630 | Darrell Mann |
| 631 | Darlene Sutton | 632 | Darlene Person |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 633 | Darlene Ingram | 634 | Danielle Gault |
| 635 | Daniela Loewe | 636 | Daniela Austerlitz |
| 637 | Daniel Rosen | 638 | daniel frankfurter |
| 639 | dancinginkart.com | 640 | dana hildreth |
| 641 | Cuthbert Jack | 642 | cun qiwang |
| 643 | Crowther Daniel | 644 | Craig Conley |
| 645 | Courtney Gilbert | 646 | cotterill graham |
| 647 | Corey Russell | 648 | coretechdesigns.com |
| 649 | Contact Privacy Inc. Customer 0150293670 | 650 | Cockeram Stanley |
| 651 | Clyde McEachern | 652 | Clinton Wiggins |
| 653 | Claudio Cremonesi | 654 | cinaok.com |
| 655 | cinait.com | 656 | Christopher Davis |
| 657 | Christopher Card | 658 | Christoph Marx |
| 659 | Christina Moore | 660 | Christin Lang |
| 661 | Christian Haliburton | 662 | chris joseph |
| 663 | chitosanelite.com | 664 | chic-expert.com |
| 665 | chicagodivorceadvocates.com | 666 | cherryharborkayaking.com |
| 667 | Cherilyn Atkins | 668 | Cheri Page |
| 669 | chenming hai | 670 | chen tengken |
| 671 | chen maoshan | 672 | chen guohong |
| 673 | Cheapoakleysunglasses.name | 674 | cheapluxs.com |
| 675 | Charlie Jones | 676 | Charles Schirmer |
| 677 | Charles Moser | 678 | Charles Morgan |
| 679 | Charles Lovejoy | 680 | Charles Kaufman |
| 681 | Charles Hinson | 682 | Charles Eccles |
| 683 | Charlene Herbert | 684 | champsmall.com |
| 685 | Chambury The Recruitment Fix Chris | 686 | Catrina Head |
| 687 | Catherine Vela | 688 | Catherine Roper |
| 689 | catherine daigle | 690 | Catherine Bowling |
| 691 | Casey Johnson | 692 | cartitleloansinhialeah.com |
| 693 | Carrington Elizabeth | 694 | Carrie Heffernan |
| 695 | Carol Stewart | 696 | Carol Pierce |
| 697 | Carol Hylton | 698 | Carmen Wendling |
| 699 | Carlos Acevedo | 700 | Carlie Williams |
| 701 | Caridad Smith | 702 | canodelvalle.com |
| 703 | callie po | 704 | buys-vogue.com |
| 705 | buying-lovers.com | 706 | burton watson |
| 707 | Burcu Holmgren | 708 | Bryant Delafuente |
| 709 | Bryan Leung | 710 | Brian Jones |
| 711 | Brian Hawkins | 712 | Brian Adam |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 713 | Brennan Anne | 714 | Brenda Weinberg |
| 715 | Brenda Thompson | 716 | brenda pepper |
| 717 | bravocleaningservice.com | 718 | Brad Watson |
| 719 | bongarzone michael | 720 | Bobby Rice |
| 721 | Bjork Julius | 722 | bixiang lin |
| 723 | binns stephen | 724 | bi xiang lin |
| 725 | beukenne.com | 726 | Betty Talley |
| 727 | Betty Ratcliffe | 728 | Betsy Guidry |
| 729 | Bertha Pettigrew | 730 | Bernstein Simon |
| 731 | BerniceEvans | 732 | Bernd Mahler |
| 733 | Bernadette Grote | 734 | Berglund Stefan |
| 735 | Berglund Elma | 736 | Benjamin Mast |
| 737 | benjamin fuhrmann | 738 | beirootcreative.com |
| 739 | Beatriz Kelly | 740 | Beatrice Willson |
| 741 | Beatrice J Trinidad | 742 | Barry Cabrera |
| 743 | Barnes Stephen | 744 | Barbara Thompson |
| 745 | Barbara Lopez | 746 | Barbara Fong |
| 747 | bancopesce.com | 748 | Baluch Diane |
| 749 | bagistock.co | 750 | Avril Phillips |
| 751 | Ashley Humes | 752 | Asa Reed |
| 753 | arubacycling.org | 754 | arline arrieta |
| 755 | Ardis Proctor | 756 | April Terry |
| 757 | April Steele | 758 | Antje Gerber |
| 759 | Anthony Norman | 760 | Anthony Chapin |
| 761 | annett boehm | 762 | Annet Coland |
| 763 | Anne Goodwin | 764 | Ann Patricio |
| 765 | Ann Gonzalez | 766 | Ann Abramowitz |
| 767 | Angus Jennings | 768 | Angelo Washburn |
| 769 | Angela Thompson | 770 | Angela Taylor |
| 771 | Angela Lincoln | 772 | Andrew Smith |
| 773 | Andres Peterson | 774 | Amy Gonzalez |
| 775 | Allan Bibby | 776 | Alfonso Everett |
| 777 | Alexander Herrmann | 778 | Alan Hannah |
| 779 | Alan Estrada | 780 | AGBENIGA YUSUF |
| 781 | adsoldajustica.com | 782 | Adele Graves |
| 783 | Adam Moskowitz | 784 | acknowledge takings |
| 785 | abogadoenpuebla.com | 786 | Abji Khairoun |
| 787 | aaggowa.org | | |