# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Luxottica Group S.p.A., et al.

                                                                                     Plaintiff,

v.                                                                                    Case No.:
                                                                                    1:18−cv−02188

                                                                                   Honorable Joan B. Gottschall

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 13, 2020:

      MINUTE entry before the Honorable Joan B. Gottschall: Enter order clarifying the 5/24/19 memorandum opinion and order. In accordance with the accompanying order, a deadline for perfecting service upon the moving defendants will be set once the court has received information sufficient to set one. See order for further details. A status hearing is set for 4/17/2020 at 9:30 a.m. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.