IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LUXOTTICA GROUP S.p.A. and OAKLEY, INC., | Case No. 18-cv-02188 |
| Plaintiffs, | **Judge Joan B. Gottschall** |
| v. | **Magistrate Judge Sidney I. Schenkier** |
| XIONG HUA PING, et al., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs Luxottica Group S.p.A. and Oakley, Inc. (collectively, "Plaintiffs"), and Defendants belmon official store, donna official store, Shop513892 Store, story boutique store, who cutie glasses factory store, and woo shao's store (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to all Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each party shall bear their own costs and attorneys' fees.

With this dismissal, the above-captioned case can be terminated.

Dated this 15th day of January 2020.  Respectfully submitted,


/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Allyson M. Martin
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
amartin@gbc.law

*Counsel for Plaintiffs*


/s/ Xingjian Zhao
Michael Diaz, Jr.
Xingjian Zhao
Diaz, Reus & Targ, LLP
100 S.E. 2nd Street, Suite 3400
Miami, Florida 33131
305.375.9220
mdiaz@diazreus.com
xzhao@diazreus.com

Danielle Sylvia McKinley
RM Partners Law LLC
305 N. Peoria Street, Suite 200
Chicago, Illinois 60607
312.251.2292
dmckinley@rmpartnerslaw.com

*Counsel for Defendants*